UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,     )     1:07-CR-273 LJO
                              )
          Plaintiff,          )
vs.                           )     ORDER FOR TEMPORARY RELEASE
                              )     OF PASSPORT
GUSTAVO RAZO, JR.             )
                              )
          Defendant,          )
_____)
```

**IT IS HEREBY ORDERED** that the Clerk's Office immediately return to Gustavo Razo, Jr, the passport which was surrendered by him in this case on November 16, 2007 (Docket Item No. 17), as a condition of his pretrial release.  The passport is to be provided to Gustavo Razo today, December 14, 2007, and he will return it on Monday, December 31, 2007 to the Court Clerk.

    IT IS SO ORDERED.

**Dated:     December 14, 2007**                    /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE

1