**DALE A. BLICKENSTAFF - #40681**
Attorney at Law
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile

Attorney for Defendant, GUSTAVO RAZO, JR.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:07-cr-00273 LJO |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| ) | |
| v. ) | |
| ) | |
| GUSTAVO RAZO, JR., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the Status Conference currently scheduled for February 7, 2008, at 9:00 a.m., be continued to March 7, 2008, at 9:00 a.m.

Counsel are in the midst of plea negotiations on this case. Mr. Boone is currently in a trial which is expected to last at least two weeks more. The defense has provided materials to Mr. Boone which could have a bearing on his plea offer, but he has not had time to consider them owing to his current trial.

The parties also agree that the delay resulting from the continuance shall be excluded in the interests of justice, pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: February 6, 2008        /s/ Dale A. Blickenstaff
                               DALE A. BLICKENSTAFF
                               Attorney for Defendant, GUSTAVO RAZO, JR.

Dated: February 6, 2008         /s/ Stanley A. Boone
                               STANLEY A. BOONE
                               Assistant United States Attorney

## ORDER

IT IS SO ORDERED that the Status Conference currently scheduled for February 7, 2008, at 9:00 a.m., be continued to March 7, 2008, at 9:00 a.m.

This will be the last continuance. At the March 7th conference, the Defendant should be ready either to enter a change of plea. OR to set a trial date.

IT IS SO ORDERED.

**Dated:   February 6, 2008**          **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE