1  **DALE A. BLICKENSTAFF** - #40681
   2350 West Shaw Avenue, Suite 132
2  Fresno, California 93711
   (559) 432-0986 Telephone
3  (559) 432-4871 Facsimile

4
   Attorney for Defendant, GUSTAVO RAZO
5

6

7                IN THE UNITED STATES DISTRICT COURT FOR THE

8                        EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,       ) | **Case No. 1:07-CR-00273 LJO**
                                     )
11 |             Plaintiff,           ) | **STIPULATION AND ORDER FOR A**
                                     ) | **RESETTING OF SENTENCING**
12 | v.                               ) | **HEARING**
                                     )
13 | GUSTAVO RAZO.                    ) | Date:      Thursday, July 3, 2008
                                     ) | Time:      9:00 a.m.
14 |             Defendant.           ) | Courtroom: Honorable Lawrence J. O'Neill
                                     )
15 | _____ )

16      IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and

17 the defendant by and through his attorney, that the hearing date set for sentencing be continued to

18 August 8, 2008 at 9:00 a.m.

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///

28  **Stipulation and Order for a Resetting of Sentencing Hearing**
    **Case No.:1:07-CR-00273 LJO**

1 | Counsel for the defense will be on vacation from July 1, 2008 through July 20, 2008.  This
2 | continuance is for the convenience of the parties.

Respectfully submitted,

DATED:  June 24, 2008          /s/ Dale A. Blickenstaff
                               DALE A. BLICKENSTAFF
                               Attorney for Defendant,
                               GUSTAVO RAZO


DATED:  June 24, 2008          /s/ Stanley A. Boone
                               Stanley A. Boone
                               Assistant United States Attorney


**ORDER**

GRANTED DUE TO VACATION PLANS OF COUNSEL.

IT IS SO ORDERED.

**Dated:   June 24, 2008**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE