**DALE A. BLICKENSTAFF** - #40681
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile

Attorney for Defendant, GUSTAVO RAZO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 1:07-CR-00273 LJO** |
| Plaintiff, | **STIPULATION AND ORDER FOR A RESETTING OF SENTENCING HEARING** |
| v. | |
| GUSTAVO RAZO. | Date:        August 8, 2008 |
| Defendant. | Time:        9:00 a.m. |
| | Courtroom:  Honorable Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the hearing date set for sentencing be continued to August 15, 2008 at 9:00 a.m.

///

///

///

///

///

///

///

///

///

---

**Stipulation and Order for a Resetting of Sentencing Hearing**
**Case No.:1:07-CR-00273 LJO**

1    The Assistant United States Attorney will not available on August 8, 2008 as he will be on

2    vacation for the week which includes August 8, 2008.  This continuance is for the convenience of the

3    parties.

4

5                                          Respectfully submitted,

6

7    DATED:  July 22, 2008                 /s/ Dale A. Blickenstaff
                                           DALE A. BLICKENSTAFF
8                                          Attorney for Defendant,
                                           GUSTAVO RAZO
9

10   DATED:  July 22, 2008                 /s/ Stanley A. Boone
                                           Stanley A. Boone
11                                         Assistant United States Attorney

12

13                                         **ORDER**

14

15   COUNSEL'S BEING UNAVAILABLE IS GOOD CAUSE TO CONTINUE.

     IT IS SO ORDERED.
16
     **Dated:    July 23, 2008**                  /s/ Lawrence J. O'Neill
17                                         UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28