1  **DALE A. BLICKENSTAFF** - #40681
   2350 West Shaw Avenue, Suite 132
2  Fresno, California 93711
   (559) 432-0986 Telephone
3  (559) 432-4871 Facsimile

4

   Attorney for Defendant, GUSTAVO RAZO
5

6

7             IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,         )  **Case No. 1:07-CR-00273 LJO**
                                       )
11 |            Plaintiff,             )  **STIPULATION AND ORDER**
                                       )  **TO RETURN DEFENDANT'S**
12 | v.                                )  **PASSPORT**
                                       )
13 | GUSTAVO RAZO.                     )
                                       )
14 |            Defendant.             )
                                       )
15 | _____   )

16         IT IS HEREBY STIPULATED by and between plaintiff, the United States of America and

17  Counsel for the defense, that the defendant's passport which is now currently in the possession of the

18  United States Clerks office, be returned to defendant's counsel, Dale A. Blickenstaff.  Said passport

19  shall be retrieved by Mr. Blickenstaff at the United States Clerks office.

20                                        Respectfully submitted,

21

22  DATED:  August 19, 2008              /s/ Dale A. Blickenstaff
                                         DALE A. BLICKENSTAFF
23                                       Attorney for Defendant,
                                         GUSTAVO RAZO
24

25
    DATED:  August 19, 2008              /s/ Stanley A. Boone
26                                       Stanley A. Boone
                                         Assistant United States Attorney
27

28                      **Stipulation and Order for a Resetting of Sentencing Hearing**
                                    **Case No.:1:07-CR-00273 LJO**

1

**ORDER**

2

3  IT IS SO ORDERED that defendant's passport shall be returned to his possession by and
4  through his counsel of record, Dale A. Blickenstaff.

5

6

7  IT IS SO ORDERED.

8  **Dated:   August 20, 2008**                    /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28